## 32874. NICOL v. NICOL.

PER CURIAM.
The husband appeals from the divorce decree and alimony award urging fourteen enumerations of error. We have examined each of them and find no reversible error.
*Judgment affirmed. All the Justices concur.*

ARGUED OCTOBER 13, 1977 — DECIDED NOVEMBER 28, 1977 — REHEARING DENIED DECEMBER 15, 1977.

*Jack P. Turner,* for appellant.
*Westmoreland, Hall, McGee & Warner, John L. Westmoreland, Jr., P. Joseph McGee,* for appellee.